**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**ABDULLAH MUHAMMED,**
        **Plaintiff,**

**vs.**                                                    **Case No.:  3:25-cv-1765/MCR/ZCB**

**PATHWARD, N.A.,**
        **Defendant.**
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on December 5, 2025.  (Doc. 13).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.      The magistrate judge's Report and Recommendation (Doc. 13) is adopted and incorporated by reference in this order.

2.      This case is **DISMISSED without prejudice** for lack of subject matter jurisdiction.

3.      All pending motions are **DENIED as moot.**

4.      The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 1st day of May 2026.


*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**